NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LIFSEY REAL ESTATE AND            )
HOLDINGS INC.,                    )
                                  )
        Appellant,                )
                                  )
v.                                )        Case No. 2D19-841
                                  )
                                  )
VICTORY LOFTS AT                  )
CHANNELSIDE CONDOMINIUM           )
ASSOCIATION INC.; SUSAN           )
REINA; UNKNOWN TENANT #1,         )
the name being fictitious to account )
for party in possession; UNKNOWN  )
TENANT #2, the name being         )
fictitious to account for party in )
possession; and ANY AND ALL       )
UNKNOWN PARTIES claiming by,       )
through, under, and against the   )
herein named individual defendant(s) )
who are not known to be dead or   )
alive, whether said unknown parties )
may claim an interest as spouses, )
heirs, devisees, grantees, or other )
claimants,                        )
                                  )
        Appellees.                )
_____)

Opinion filed September 4, 2020.

Appeal from the Circuit Court for
Hillsborough County; Paul L. Huey,
Judge.

J. Stanford Lifsey of J. Stanford Lifsey,
P.A., Tampa, for Appellant.

Jonathan J. Ellis, Jason W. Davis, and Duane A. Daiker, of Shumaker, Loop & Kendrick, LLP, Tampa, for Appellee Victory Lofts at Channelside Condominium Association, Inc.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.